Case: **2:25–cv–02338**
Assigned To : **Norris, Mark S.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **3/25/2025**
Description: **Williams v. FedEx Freight et al**