# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| PATRICIA WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, LARAYE COLE, MONIQUE HOLLEY, TIMOTHY ROBERTS, FNU DAWN, AND WLL CARE AND AFFILIATES,<br><br>    Defendants. | No. 2:25-cv-02338-SHL-atc |

## ORDER OF RECUSAL

The Court hereby recuses itself in this matter and respectfully returns this file to the Clerk of Court for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED,** this 25th day of March, 2025.

                                                      s/ Sheryl H. Lipman
                                                      SHERYL H. LIPMAN
                                                      CHIEF UNITED STATES DISTRICT JUDGE